IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **MARVIN RANDALL**,<br><br>        Petitioner,<br><br>       v.<br><br>**ERIN REYES**,<br><br>        Respondent. | Case No. 2:23-cv-01826-SB<br><br>**ORDER ADOPTING JUDGE BECKERMAN'S FINDINGS AND RECOMMENDATION** |

**IMMERGUT, District Judge.**

No objections have been filed to Judge Beckerman's Findings and Recommendation ("F&R"), ECF 52. This Court ADOPTS Judge Beckerman's F&R and accordingly DENIES Petitioner's Motion for Preliminary Injunction, ECF 50.

**STANDARDS**

Under the Federal Magistrates Act ("Act"), as amended, the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). If a party objects to a magistrate judge's F&R, "the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id*. But the court is not required to review, de

PAGE 1 – ORDER ADOPTING F&R

novo or under any other standard, the factual or legal conclusions of the F&R that are not objected to. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). Nevertheless, the Act "does not preclude further review by the district judge, *sua sponte*" whether de novo or under another standard. *Thomas*, 474 U.S. at 154.

## CONCLUSION

No objections were filed in response to Judge Beckerman's F&R. Nonetheless, this Court has reviewed the F&R de novo. The F&R, ECF 52, is adopted in full. This Court DENIES Petitioner's Motion for Preliminary Injunction, ECF 50.

**IT IS SO ORDERED**.

DATED this 13th day of September, 2024.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge
