IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MARVIN RANDALL,

    Petitioner,

v.

ERIN REYES,

    Respondent.

Case No. 2:23-cv-01826-SB

**ORDER ADOPTING FINDINGS AND RECOMMENDATION**

**IMMERGUT, District Judge.**

    On January 27, 2026, Magistrate Judge Beckerman issued her Findings and Recommendation ("F&R"), ECF 77. The F&R recommends that this Court deny Petitioner's Second Amended Petition for Writ of Habeas Corpus, ECF 14, deny any pending motions as moot, and deny a certificate of appealability. Petitioner timely filed objections to the F&R, ECF 80, on February 10, 2026, and Respondent filed a response, ECF 81. This Court has reviewed de novo the portions of the F&R to which Petitioner objected and ADOPTS Magistrate Judge Beckerman's F&R in full.

    Under the Federal Magistrates Act ("Act"), as amended, the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."

PAGE 1 – ORDER ADOPTING FINDINGS AND RECOMMENDATION

28 U.S.C. § 636(b)(1)(C). If a party objects to a magistrate judge's F&R, "the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* But the court is not required to review, de novo or under any other standard, the factual or legal conclusions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). Nevertheless, the Act "does not preclude further review by the district judge, *sua sponte*" whether de novo or under another standard. *Thomas*, 474 U.S. at 154. This Court liberally construes Petitioner's objections as he is proceeding pro se. *Erickson v. Pardus*, 551 U.S. 89, 94 (2007) (per curiam).

This Court has reviewed de novo the portions of Judge Beckerman's F&R to which Petitioner objected. Judge Beckerman's F&R, ECF 77, is adopted in full. This Court DENIES Petitioner's Second Amended Petition for Writ of Habeas Corpus, ECF 14, DENIES any pending motions as moot, and DENIES a certificate of appealability.

**IT IS SO ORDERED**.

DATED this 26th day of February, 2026.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge

PAGE 2 – ORDER ADOPTING FINDINGS AND RECOMMENDATION